GUSTAVE E. WIEDENMAYER, *ET AL.*, *ETC.*, PLAINTIFFS-RESPONDENTS, v. CHARLES E. VILLANUEVA, GUARDIAN *AD LITEM* FOR BRUCE ALEXANDER JOHNSON AND JENNIE ANNE JOSEPHINE JOHNSON, MINORS, DEFENDANT-APPELLANT, JOHN SEWARD JOHNSON, III, *ET AL.*, DEFENDANTS-RESPONDENTS.

Argued December 1, 1969—Decided December 15, 1969.

*Mr. Charles E. Villanueva* argued the cause for the appellant (*Messrs. Van Riper, Belmont, & Villanueva,* attorneys; *Messrs. Cadwalader, Wickersham & Taft,* of the New York bar, of counsel).

*Mr. James C. Pitney* argued the cause for the plaintiffs-respondents (*Messrs. Pitney, Hardin & Kipp,* attorneys).

*Mr. Alfred C. Clapp* argued the cause as Guardian *ad litem* for John Seward Johnson, III and Clelia Constance Johnson (*Messrs. Clapp & Eisenberg,* attorneys).

*Mr. Thomas J. Bitar* argued the cause for R. Carter Nicholas, Guardian *ad Litem* for Certain Minors (*Messrs. Jeffers & Dillon,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Kilkenny in the Appellate Division, 106 *N. J. Super.* 161.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.